**Order entered August 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01577-CV

**WAYNE A. RAND, Appellant**

**V.**

**DOROTHY DENNISE RAND, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-1306590**

## ORDER

We **GRANT** appellant's "notice of extension request and notice of cause for extension"

and **ORDER** appellant to file his brief no later than September 3, 2015.


/s/      CRAIG STODDART
JUSTICE